**Fill in this information to identify the case:**

Debtor name: **Publishers Clearing House LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 9, 2025**       X **/s/ William H. Henrich**
                                        Signature of individual signing on behalf of debtor

                                        **William H. Henrich**
                                        Printed name

                                        **Co-Chief Restructuring Officer**
                                        Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Publishers Clearing House LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AGW PARENT/AG-WERE 300 JERICHO LLC Tony Fromer 100 JERICHO QUADRANGLE, SUITE 116 Jericho, NY 11753 | Tony Fromer afromer@were.com 516-931-5300 | Unpaid rent and related charges through lease termination and lease rejection damages cap | Contingent Unliquidated | | | $13,036,023.71 |
| Senior Midwest Direct, Inc. d/b/a Jetson Mailers 1005 101st Street, Suite A Lemont, IL 60439 | Richard Carosella Jr. rmc@jetsonmailers.com 331-318-7300 | Damages for purported breach of contract | Disputed | | | $3,291,778.83 |
| ███████ | ███████ | Prize Winner 1 | | | | $2,665,324.40 |
| ███████ | ███████ | Prize Winner 13 | | | | $2,418,551.12 |
| ███████ | ███████ | Prize Winner 15 | | | | $2,417,620.00 |
| ███████ | ███████ | Prize Winner 21 | | | | $2,414,231.31 |
| ███████ | ███████ | Prize Winner 23 | | | | $2,412,867.59 |

Debtor **Publishers Clearing House LLC**
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| [REDACTED] | [REDACTED] | Prize Winner 29 | | | | $2,360,625.96 |
| [REDACTED] | [REDACTED] | Prize Winner 25 | | | | $2,346,360.00 |
| [REDACTED] | [REDACTED] | Prize Winner 30 | | | | $2,109,901.45 |
| UPS EXPEDITED MAIL SERVICES DBA: UPS MAIL INNOVATIONS INC 55 GLENLAKE PKWY NE, Luis Javier Gil Atlanta, GA 30328 | Luis Javier Gil luisjaviergil@ups.com 866-723-5263 x1351064 | Trade debt | | | | $2,089,000.57 |
| Nassau County Industrial Development Agency, 1550 Franklin Avenue Suite 235, Attn: Executive Director Mineola, NY 11501 | Sheldon L. Shrenkel, CEO info@nassauida.org 516-571-1945 | Recapture of benefits under Project Agreement | Contingent Unliquidated | | | $1,760,796.68 |
| [REDACTED] | [REDACTED] | Prize Winner 4 | | | | $1,048,275.15 |
| [REDACTED] | [REDACTED] | Prize Winner 16 | | | | $968,263.76 |
| PITNEY BOWES GLOBAL ECOMMERCE, NEWGISTIC Amy Tucker 27 WATERVIEW DRIVE Shelton, CT 06484 | Amy Tucker amy.tucker@pb.com 919-412-4485 | Trade debt | | | | $922,417.17 |
| California State Controller's Office 300 Capitol Mall, Suite 1850 Sacramento, CA 95814 | Gary Gervin ggervin@sco.ca.gov 916-464-6144 | Unclaimed funds | | | | $581,621.15 |

Debtor **Publishers Clearing House LLC**  Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IRG REALTY ADVISORS LLC St. Cloud Business Park LLC, Dawn Cragon 4020 Kinross Lakes Pkwy, #200 Richfield, OH 44286 | Anne Donahue adonahue@irgra.com 507-540-0562 | Amounts due under lease | | | | $497,058.00 |
| Leader Properties LLC 100 Commercial Street Portland, ME 04101 | Marsie Collins mcollins@eastbrowncow.com 207-775-2252 | Guaranty of Portland, Maine Lease | Contingent Unliquidated | | | $383,164.54 |
| ROYAL DE REE HOLLAND BV LISSERBROEKERW EG 60 HOLLAND, 216GBG | Boy De Ree sales@royal-deree-holland.com +31 (0)252 417751 | Trade debt | | | | $378,966.55 |
| INTERNATIONAL BUSINESS MACHINES CORP. 3039 E Cornwalis Road Durham, NC 27709 | Joe Rokosz Joe.Rokosz@cdw.com 631-656-9167 | Trade debt | | | | $354,237.55 |