Jaime B. Leggett, Esq.
Dain de Souza, Esq.
Kyle B. Forges, Esq.
**BAST AMRON LLP**
1 SE 3rd Ave., Suite 2410
Miami, FL 33131
Tel: (305) 379-7904
Fax: (954) 569-8250
Email: jleggett@bastamron.com
Email: ddesouza@bastamron.com
Email: kforges@bastamron.com

*Counsel to the Pett Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PUBLISHERS CLEARING HOUSE LLC, | Case No. 25-10694 (MG) |
| Debtor. | |

**PETT CLAIMANTS' RESERVATION OF RIGHTS TO DEBTOR'S MOTION FOR ENTRY OF ORDERS: (I) (A) APPROVING BIDDING PROCEDURES IN CONNECTION WITH A SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS; (B) SCHEDULING AN AUCTION AND SALE HEARING AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF; (C) ESTABLISHING CERTAIN ASSUMPTION AND ASSIGNMENT PROCEDURES AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF; (D) DIRECTING THE APPOINTMENT OF A CONSUMER PRIVACY OMBUDSMAN; AND (E) GRANTING RELATED RELIEF; AND (II) (A) AUTHORIZING THE SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS; AND (B) GRANTING RELATED RELIEF (ECF NO. 59)**

Claimants Mary Lou Pett, Kathleen Fick-Gee, Diane Bryce, Patti Delvalle, Michele Holcomb, Kim Readus, Alice Reese, Erika Van Aller, and Linda White, individually and on behalf of all others similarly situated (the "Pett Claimants") by and through undersigned counsel file this

1

Reservation of Rights (the "Reservation") to the *Debtors' Motion for Entry of Orders: (I) (A) Approving Bidding Procedures in Connection With a Sale of All or Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; (B) Scheduling an Auction and Sale Hearing and Approving the Form and Manner of Notice Thereof; (C) Establishing Certain Assumption and Assignment Procedures and Approving the Form and Manner of Notice Thereof; (D) Directing the Appointment of a Consumer Privacy Ombudsman; and (E) Granting Related Relief; and (II) (A) Authorizing the Sale of All or Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; and (B) Granting Related Relief* (ECF No. 59) (the "Sale Motion"), and state as follows:

1. The Pett Claimants have no objection to the Debtor's contemplated sale of substantially all of its assets. Rather, the Pett Claimants bring this Reservation to the extent the Debtor is seeking to sell any rights of action, claims, or proceeds of its insurance policies with respect to the Pett Claimants or to sell, transfer, or assign those insurance policies. As the Court is aware, the Pett Claimants and the Debtor[1] are in the process of negotiating a proposed agreed stipulation to permit the Pett Claimants to bring suit against the Debtor nominally in order to proceed against those insurance policies. While the proposed form of Asset Purchase Agreement (available as Exhibit "C" at ECF No. 110) excludes the Debtor's claims from the purchased assets, the Pett Claimants have not seen an executed form of Asset Purchase Agreement and Debtor has not yet announced the Successful Bidder and the terms of its Bid. To be clear, the Pett Claimants do not believe that these claims are being sold, but file this Reservation out of an abundance of caution.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

4905-8952-9423, v. 1

## I. RESERVATION OF RIGHTS

2. The Pett Claimants expressly reserve any and all of their rights to supplement this Reservation, including to object to the sale. Further, the Pett Claimants reserve the right to join in any argument or objection made by any person relating to the Sale Motion.

**WHEREFORE,** the Pett Claimants respectfully reserve their rights regarding the Sale Motion, including their rights to supplement this Reservation or to raise arguments at the hearing on the Sale Motion.

Dated: June 18, 2025

Respectfully submitted,

**BAST AMRON LLP**
*Attorneys for Pett Claimants*
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379.7904
Facsimile: (954) 569-8250
Email: jleggett@bastamron.com
Email: ddesouza@bastamron.com
Email: kforges@bastamron.com

By: */s/ Jaime B. Leggett*
    Jaime B. Leggett (FBN 1016485)
    Dain de Souza (*pro hac vice* admission pending)
    Kyle B. Forges (*pro hac vice* admission pending)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically via the Court's CM/ECF system upon the parties listed below this 18th day of June, 2025.

By: */s/ Jaime B. Leggett*
    Jaime B. Leggett, Esq.