**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Lauren C. Kiss
Stephanie R. Sweeney
Andrew C. Brown

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                      :
                                                           :   Chapter 11
382 Channel Drive LLC,                                     :
f/k/a Publishers Clearing House LLC,                       :   Case No. 25-10694 (MG)
                                                           :
                        Debtor.                            :
------------------------------------------------------------x

## NOTICE OF TIME CHANGE FOR HEARING SCHEDULED FOR OCTOBER 28, 2025

**PLEASE TAKE NOTICE**, that the hearing (the "Hearing") to consider the *Motion for Entry of an Order Approving (I) Disclosure Statement, (II) Form of and Manner of Notices, (III) Form of Ballot and (IV) Solicitation Materials and Solicitation Procedures* (the "Motion") [Docket No. 218] filed by 382 Channel Drive LLC f/k/a Publishers Clearing House LLC (the "Debtor") scheduled for October 28, 2025 at 2:00 p.m. (EST) before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York will now take place on **October 28, 2025 at 3:30 p.m. (EST)**.

Dated: New York, New York
October 28, 2025

            **KLESTADT WINTERS JURELLER**
              **SOUTHARD & STEVENS, LLP**

By:   */s/ Tracy L. Klestadt*
      Tracy L. Klestadt
      Lauren C. Kiss
      Stephanie R. Sweeney
      Andrew C. Brown
      200 West 41st Street, 17th Floor
      New York, New York 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: tklestadt@klestadt.com
             lkiss@klestadt.com
             ssweeney@klestadt.com
             abrown@klestadt.com

*Counsel to the Debtor and Debtor-in-Possession*